| | |
|---|---|
| Gabriel Del Virginia, Esq. (GDV-4951)<br>LAW OFFICES OF GABRIEL DEL VIRGINIA<br>30 Wall Street, 12th Floor,<br>New York, New York 10005.<br>Telephone: 212-371-5478<br>Facsimile: 212-371-0460<br>gabriel.delvirginia@verizon.net<br>*Attorneys for Debtor* | Hearing Date: July 17, 2019<br>Hearing Time: 10:00 a.m. |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re

                                  Chapter 11

RUSSIAN SAMOVAR, INC.,

              Debtor.                     Case No. 18-13989-jlg
------------------------------------------------------------X

## NOTICE OF
## ADJOURNMENT OF HEARING

      **PLEASE TAKE NOTICE** that the hearing on *Debtor's Motion for Order Authorizing Debtor to Assume Unexpired Lease of Nonresidential Real Property* [*ECF* Doc. #48] is **adjourned from July 9, 2019 @ 11:00 a.m. to July 17, 2019 @ 10:00 a.m.**

      The hearing will be held before the Honorable James L. Garrity, Jr., U.S.B.J., at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601.

Dated: June 24, 2019
New York, New York.

**LAW OFFICES OF GABRIEL DEL VIRGINIA**
*Attorneys for the Debtor*

By: /s/ Gabriel Del Virginia
Gabriel Del Virginia (GDV-4951)
30 Wall Street-12th Floor,
New York, New York 10005.
Telephone: 212-371-5478
Facsimile: 212-371-0460
gabriel.delvirginia@verizon.net