**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004−1408

| | |
|---|---|
| IN RE: Russian Samovar, Inc. | CASE NO.: 18−13989−jlg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 13−3333411 | CHAPTER: 11 |

## NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable James L. Garrity Jr. in this Chapter 11 case.

Russian Samovar, Inc. was dismissed from the case on July 23, 2021 .

Dated: July 23, 2021               Vito Genna
                                    Clerk of the Court

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 18-13989-jlg |
| Russian Samovar, Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-1 | User: Admin | Page 1 of 3 |
| Date Rcvd: Jul 23, 2021 | Form ID: 131 | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Russian Samovar, Inc., 256 West 52nd Street, New York, NY 10019-5821 |
| smg | | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + | New York City Dept. Of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| smg | + | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| 7460097 | + | ALLWAYS ELEVATOR, 5 DAVIDS DRIVE, HAUPPAUGE, NY 11788-2004 |
| 7460098 | + | ALVIN NEDERLANDER AND ASSOC., 1501 BROADWAY, 15TH FLOOR, NEW YORK, NY 10036-5601 |
| 7460099 | + | ALVIN NEDERLANDER ASSOCS, INC., Law Offices of David Malkin, P.C., 950 Third Avenue, New York NY 10022-2705 |
| 7507759 | + | AmTrust North America, Inc. on behalf of, Security National Insurance Company, c/o Maurice Wutscher LLP, 23611 Chagrin Blvd., Suite 207, Beachwood, OH 44122-5540 |
| 7460101 | + | BEST METROPOLITAN TOWEL AND LI, 60 MADISON AVENUE, HEMPSTEAD, NY 11550-4812 |
| 7460102 | + | CLASSIC SANITATION, 409 RIVER ROAD, CLIFTON, NJ 07014-1566 |
| 7460103 | + | CON EDISON, JAF STATION, PO BOX 1702, NEW YORK, NY 10116-1702 |
| 7466152 | + | Consolidated Edison Company of New York, Inc., 4 Irving Place, Rm 1875-S, New York, NY 10003-3502 |
| 7460104 | | ELIZABETH HARDWICK, ARCHITECT, 95 FORSYTH STREET, NEW YORK, NY 10002 |
| 7460105 | + | EMPIRE MERCHANTS, 16 BRIDGEWATER STREET, BROOKLYN, NY 11222-3804 |
| 7460106 | + | FIREQUEST, 151 28TH STREET, BROOKLYN, NY 11232-1607 |
| 7460108 | + | GOLPAC, 10 PERU ROAD, CLIFTON, NJ 07012-1625 |
| 7519939 | + | Golpac LLC, 171 W.colfax Ave, Roselle Park, NJ 07204-1605 |
| 7460110 | + | JOHN IANNUZZI LAW, 233 BROADWAY, #2204, NEW YORK, NY 10279-2204 |
| 7460111 | + | LAW OFFICE DAVID MALKIN, PC, 950 THIRD AVENUE, NEW YORK, NY 10022-2769 |
| 7464580 | + | Law Offices of David Malkin, P.C., Attorneys for Alvin Nederlander, Associates, Inc., 950 Third Avenue, 32nd Floor, New York, New York 10022-2717 |
| 7460112 | + | MATVEY SHATZ, 22559 MARGARITA DRIVE, WOODLAND HILLS, CA 91364-4028 |
| 7511408 | + | MAURICE WUTSCHER LLP, Attorneys for AmTrust, North America, Inc., 5 Walter Foran Blvd. Suite 2007, Flemington, N 08822-4674 |
| 7460113 | + | NY FIRE DEPARTMENT, 1 CENTRE STREET, NEW YORK, NY 10007-1602 |
| 7460114 | + | NYC DEPARTMENT OF FINANCE, ATTN. LEGAL AFFAIRS, 345 ADAMS STREET-3RD FLOOR, BROOKLYN, NY 11201-3739 |
| 7460115 | + | NYC OFFICE OF THE SHERIFF, 66 JOHN STREET, NEW YORK, NY 10038-3735 |
| 7460118 | + | NYS UNEMPLOYMENT INSURANCE, PO BOX 4305, BINGHAMTON, NY 13902-4305 |
| 7460119 | + | SOUTHERN WINE, 313 UNDERHILL BOULEVARD, SYOSSET, NY 11791-3411 |
| 7460120 | + | SSOL, CPA, 136 SOUTH MAIN STREET, FREEPORT, NY 11520-3846 |
| 7483151 | + | STATE OF NEW YORK, DEPARTMENT OF LABOR, GOVERNOR W AVERELL HARRIMAN STATE, OFFICE BUILDING CAMPUS, BUILDING 12 ROOM 256 ALBANY NY 12240-0001 |
| 7460121 | + | THE MEAT GUYS, 67-25 212 STREET, OAKLAND GARDENS, NY 11364-2507 |
| 7460122 | + | U. S. TRUSTEES' OFFICE-SDNY, U.S. FEDERAL OFFICE BUILDING, 201 VARICK STREET, SUITE 1006, NEW YORK, NY 10014-4811 |
| 7460123 | + | UNITED STATES ATTORNEY S OFC, ATTN: TAX & BANKRUPTCY UNIT, 86 CHAMBERS STREET, THIRD FLOO, NEW YORK, NY 10007-1825 |
| 7460124 | + | VALUE SERVICE, 86 FREEPORT, FREEPORT, NY 11520-3801 |
| 7460125 | + | VLADA VON SHATS, 21 COLUMBIA AVENUE, CLIFFSIDE PARK, NJ 07010-3015 |
| 7460126 | + | WISS & CO., LLP, 354 EISENHOWER PARKWAY, LIVINGSTON, NJ 07039-1023 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: IRS.COM | Jul 23 2021 22:58:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jul 23 2021 18:51:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| 7460100 | + Email/Text: arlegal@amtrustgroup.com | Jul 23 2021 18:51:00 | AMTRUST NORTH AMERICA, 800 SUPERIOR AVENUE E., CLEVELAND, OH 44114-2601 |
| 7460116 | + Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jul 23 2021 18:51:00 | NYS DEPARTMENT OF FINANCE, WA HARRIMAN CAMPUS, ALBANY, NY 12227-0001 |
| 7460117 | + Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jul 23 2021 18:51:00 | NYS DEPT. OF TAX. & FINAN, BANKRUPTCY UNIT, P.O. BOX 5300, ALBANY, NY 12205-0300 |
| 7481327 | + Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jul 23 2021 18:51:00 | NYS Department of Taxation & Finance, 15 MetroTech Center, Brooklyn, NY 11201-3818 |
| 7471936 | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jul 23 2021 18:51:00 | New York State Department of Taxation & Finance, Bankruptcy Section, PO Box 5300, Albany, New York 12205-0300 |

TOTAL: 7

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 7460109 | * | Department of the Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 7460107 | ##+ | GLOBAL COVERAGE, 9 EAST 37 STREET, NEW YORK, NY 10016-2822 |
| 7532163 | ##+ | Samovar Management Group, Inc, 16 Rockhill Drive, Livingston, NJ 07039-1832 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2021           Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gabriel Del Virginia, Esq. | on behalf of Debtor Russian Samovar Inc. gabriel.delvirginia@verizon.net |
| Jeffrey K. Cymbler | on behalf of Creditor NYS Department of Taxation & Finance Jeffrey.Cymbler@tax.ny.gov |
| Jessica Amy Malkin | on behalf of Creditor Alvin Nederlander Associates Inc. dmalkin@dmalkinlaw.com |

| | |
|---|---|
| Shannon Anne Scott | on behalf of U.S. Trustee United States Trustee shannon.scott2@usdoj.gov  shannon.scott2@usdoj.gov |
| Thomas Robert Dominczyk | on behalf of Creditor AmTrust North America  Inc. on behalf of Security National Insurance Company tdominczyk@mauricewutscher.com, thomas-dominczyk-5025@ecf.pacerpro.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 6